## RORIE *v.* WARDEN OF MARYLAND HOUSE OF CORRECTION

[App. No. 87, September Term, 1962.]

*Decided May 15, 1963.*

Before the full Court.

PER CURIAM.

Application for leave to appeal from a denial of post conviction relief is denied for the reasons set out in the opinion of the court below.